UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mellinger, Sanders & Kartzman, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. 973-267-0220
Joseph R. Zapata, Jr., Esq.
jzapata@msklaw.net
Attorneys for The Provident Bank

Order Filed on August 6, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

MIKE CHERY,

      DEBTOR.

Case No.:   18-23463 (JKS)

Chapter:   13

Judge:   John K. Sherwood

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 6, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of __Joseph R. Zapata, Jr., Esq.__ for the reduction of time for a hearing on __Motion for dismissal pursuant to 11 U.S.C. § 109(g)(1); to confirm no stay pursuant to 11 U.S.C. § 362(c)(4)(A); and for prospective relief__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __August 9, 2018__ at __11:00 a.m.__ in the United States Bankruptcy Court, __50 Walnut Street, Newark, New Jersey 07102__, Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Office of the U.S. Trustee; Harrison Ross Byck, Esq., counsel for the Debtor, the Debtor, and the Chapter 13 Trustee__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __All other persons and entities that have requested notice pursuant to Fed. R. Bankr. P. 2002.__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Harrison Ross Byck, Esq., counsel for the Debtor__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearance is required by the Movant to prosecute the motion/application and any objections.

☒ All other parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*