Form oscmlfee – oscmlfeev27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                  Case No.: 18−23463−JKS
                                                  Chapter: 13
                                                  Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mike Chery
   PO Box 676
   Montclair, NJ 07042

Social Security No.:
   xxx−xx−3139

Employer's Tax I.D. No.:

---

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

   The Court having noted that:

   ☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 8/3/2018 in the amount of $ 77.50 has not been received by the Clerk,

   ☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 8/20/18 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 8/20/18.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable John K. Sherwood on

Date: September 13, 2018
Time: 11:00 am
Location: Courtroom 3D
Address:   Martin Luther King, Jr . Federal Building
               50 Walnut Street
               3rd Floor
               Newark, NJ 07102


Dated: August 6, 2018
JAN: pam

<u>John K. Sherwood</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-23463-JKS
Mike Chery                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Aug 06, 2018
                               Form ID: oscmlfee        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.
db             +Mike Chery,    PO Box 676,    Montclair, NJ 07042-0676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 06 2018 23:39:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee for
               Upland Mortgage Loan Trust B cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Harrison Ross Byck    on behalf of Debtor Mike  Chery lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
              Joseph R Zapata, Jr.    on behalf of Creditor    The Provident Bank jzapata@msklaw.net
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Deutsche Bank National Trust Company as
               Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed
               Pass-Through Certificates ecf@powerskirn.com
                                                                                               TOTAL: 8