Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−23463−JKS
          Chapter:  13
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mike Chery
   PO Box 676
   Montclair, NJ 07042

Social Security No.:
   xxx−xx−3139

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/14/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 23, 2018
JAN: zlh

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-23463-JKS
Mike Chery                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 23, 2018
                              Form ID: 148             Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db             +Mike Chery,    PO Box 676,     Montclair, NJ 07042-0676
517629025      +Fein Such Kahn Shepard,      833 Route 37 W,     Toms River, NJ 08755-5038
517629026      +Nationstar Mortgage,     8950 Cypress Waters Rd,     Coppell, TX 75019-4620
517629027      +Provident Bank,    fka The Provident Bank,     c/o Robert S Nussbaum, Esq.,     619 E Palisade Ave,
                 Englewood Cliffs, NJ 07632-1812
517659165      +RKL Financial Corporation,     123 S. Justison Street,     3rd Floor,   Wilmington, DE 19801-5360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2018 23:27:22       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2018 23:27:20       United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517629023      +EDI: BANKAMER2.COM Aug 24 2018 03:04:00      Bank of America,    100 N Tryon St,
                 Charlotte, NC 28202-4031
517629024      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 23 2018 23:27:40
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd 5th Fl,    Coral Gables, FL 33146-1837
517641772       EDI: DISCOVER.COM Aug 24 2018 03:04:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517629028      +E-mail/Text: pslagowitz@spurscapital.com Aug 23 2018 23:27:59       Spurs Capital LLC,
                 237 West 35th St, Ste 1102,    New York, NY 10001-1905
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee for
               Upland Mortgage Loan Trust B cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Harrison Ross Byck    on behalf of Debtor Mike  Chery lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
              Joseph R Zapata, Jr.    on behalf of Creditor    The Provident Bank jzapata@msklaw.net
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Deutsche Bank National Trust Company as
               Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed
               Pass-Through Certificates ecf@powerskirn.com
                                                                                             TOTAL: 8
```